ALFRED G. BURNHAM et al., Suing on Behalf of Themselves and All Other Stockholders of Brooklyn-Manhattan Transit Corporation Similarly Situated,

Respondents, v. MATTHEW C. BRUSH et al., Defendants, and ARTHUR H. BUNKER et al., Appellants.— As we are unable to distinguish this case from *Coane* v. *American Distilling Co.* (270 App. Div. 1001) we feel constrained to reverse the order appealed from and grant the motion for judgment on the pleadings dismissing the amended complaint. Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. Present — Peck, ·P. J., Dore, Callahan and Van Voorhis, JJ. [184 Misc. 815.]